# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# DAYTON DIVISION

| | |
|---|---|
| Melody Russell, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>Synchrony Bank, )<br>)<br>Defendant. ) | Civil Action No: 3:17-cv-00001-TMR-MJN |

## ORDER

AND NOW, this __22__ day of February, 2017, upon consideration of Plaintiff Melody Russell and Defendant Synchrony Bank's Joint Motion for Dismissal, it is hereby ORDERED that the Motion is GRANTED, and the Complaint against Defendant Synchrony Bank is hereby DISMISSED WITH PREJUDICE.

*s/ Thomas M. Rose*
_____
UNITED STATES DISTRICT JUDGE
